

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza*
*New York, New York 10278*

April 1, 2025

**VIA ECF**
Honorable Laura Taylor Swain
United States Chief District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

## MEMO ENDORSED

Re:   *United States v. Norman Behar*
       82 Cr. 370 (JES)

Dear Judge Swain:

The Government respectfully submits the enclosed proposed Preliminary Order of Forfeiture as to Specific Property (the "Order") for the Court's review and approval in connection with the sentencing of defendant, Norman Behar (the "Defendant") in the above-captioned matter, which was held on March 7, 1982.

By way of background, on or about October 7, 1982, the Defendant pled guilty pursuant to a plea agreement with the Government and agreed to forfeit to the Government the bail that he posted with the Clerk of Court, that is $125.000.00 (the "Bail Funds"). At sentencing, the Court orally imposed the forfeiture of the Bail Funds, which the Clerk of Court had deposited in an interest-bearing account.

Recently, the Clerk of the Court has advised the Government that the Bail Funds remain on deposit with the Clerk of the Court in an interest-bearing account. While the Court orally imposed the forfeiture at sentencing, the Government requires a written order of forfeiture authorizing the Government to take custody of the Bail Funds, along with accrued interest, and comply with the necessary statutory requirements to forfeit the same to the Government.

Accordingly, the Government respectfully submits the proposed Order so that the Government may take custody and dispose of the funds.

For the Court's convenience, the Government has enclosed copies of the relevant documents and transcript excerpts referenced in the proposed order.

Honorable Laura Taylor Swain    Page 2
April 1, 2025

        Respectfully,

        MATTHEW PODOLSKY
        Acting United States Attorney for the
        Southern District of New York

By: _____
        Tara La Morte
        Assistant United States Attorney
        Tel. No.: (212) 637-2448

Enclosures

The foregoing request is granted. By separate Order, the Court will enter the proposed preliminary order of forfeiture. This resolves docket entry no. 4.

/s/ Laura Taylor Swain Chief U.S.D.J.
Dated: April 1, 2025