UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                                      No.   82-CR-0370-LTS

NORMAN BEHAR,

        Defendant.

-------------------------------------------------------x

RITA CALLE,

        Petitioner.

-------------------------------------------------------x

ORDER

Mr. Richard M. Barnett, counsel for Petitioner, is directed to file a corrected pro hac vice application by **September 22, 2025**. The parties are to meet and confer and the Government to file a response to the petition by **October 17, 2025**.

SO ORDERED.

Dated: New York, New York
       September 15, 2025

                                                           /s/ Laura Taylor Swain
                                                         LAURA TAYLOR SWAIN
                                                         Chief United States District Judge