

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

October 10, 2025

**BY ECF**
The Honorable Laura Taylor Swain
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

# MEMO ENDORSED

Re:   *United States v. Norman Behar*, **82 Cr. 370**

Dear Judge Swain:

With the consent of claimants, the Government writes to respectfully request a one-month adjournment of the deadline for the Government to respond to the pending petitions, from October 17, 2025 to on or about November 17, 2025.

On April 1, 2025, the Government requested that the Court enter a preliminary order of forfeiture for specific property (the "Order") to permit the Government to take custody of $125,000 in forfeited funds that had been held by the Clerk of Court since defendant Norman Behar's sentencing in 1983.  On April 11, 2025, the Court entered the Order.  On September 10, 2025, Rita Calle, the defendant's wife, filed petitions asserting claims to the forfeited property both in her personal capacity and in her role as the Trustee of the Behar Family Revocable Living Trust.  (Dkts. 12, 13.)  Pursuant to this Court's order dated September 15, 2025, the parties had a call on October 7, 2025, to meet and confer and discuss a potential resolution of those claims.  Because those discussions are ongoing, the Government respectfully requests, with the consent of claimants' counsel, a one-month adjournment of the deadline for the Government to respond to the petitions.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   _____/s/_____
Emily S. Deininger
Assistant United States Attorney
Southern District of New York
(212) 637-2472

The deadline for the Government to respond to the pending petitions is adjourned to **November 17, 2025** for the foregoing reasons.

SO ORDERED.
/s/ Laura Taylor Swain, Chief U.S.D.J. Dated: October 14, 2025