UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                              No.   82-CR-0370-LTS

NORMAN BEHAR,

       Defendant.

--------------------------------------------------------x

RITA CALLE,

       Interested Party.

--------------------------------------------------------x


ORDER

      The Government is directed to file a reply to Interested Party Rita Calle

Opposition to the Government's Motion to Dismiss Third-Party Petitions (docket entry no. 25)

by **February 20, 2026**.  Additionally, Ms. Calle is directed to file a letter **by January 19, 2026**,

clarifying what discovery materials, if any, she seeks that are not available in the public record.

The parties shall meet and confer regarding the discovery requests and any potential consensual

disposition of this matter.  In its reply, the Government must indicate whether and to what extent

                 JANUARY 5, 2025

it opposes Ms. Calle's request to conduct discovery, if the petition has not been resolved before that time.

       SO ORDERED.

Dated: New York, New York
       January 5, 2026

              __/s/ Laura Taylor Swain_____
              LAURA TAYLOR SWAIN
              Chief United States District Judge