UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                  No.   82-CR-0370-LTS

NORMAN BEHAR,

        Defendant.

-------------------------------------------------------x

RITA CALLE and BEHAR FAMILY
REVOCABLE LIVING TRUST,

        Petitioners.

--------------------------------------------------------x

ORDER

       Petitioners' Motion to Conduct Discovery (docket entry no. 29) is denied.  The

Government's Motion to Dismiss Third-Party Petitions (docket entry no. 25) is taken on

submission.

       SO ORDERED.

Dated: New York, New York
       March 13, 2026

                                   /s/ Laura Taylor Swain
                                  LAURA TAYLOR SWAIN
                                  Chief United States District Judge